Dec 4, 2015

Michael Chandler # 1875978
Estelle Unit 264 FM 3478
Huntsville TX 77320

Re: Cause No. C2011-1468-B　　　★ # 1

Re: Cause No. CR 2011-365　　　? Perhaps still pending review "Comal Co" 207th Dist

Re: Cause No. Tr Ct No. 5284-2　★ # 2

Dear Court of Criminal Appeals of Texas,

　　The above Writs of habeas corpuses have been filed, (2) of the three with the stars I know for sure. Can you please give me the status of the above mentioned cases, dates and limitations that I have to file in a higher court etc. This is very important

Respectfully Submitted
Michael Chandler

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 08 2015

Abel Acosta, Clerk

78,068-02